# EXHIBIT 33

# Highway Construction Products, LLC

DBE Certified
W935 Eau Galle Dam Rd
Spring Valley, WI 54767

# Invoice

| Date | Invoice # |
|---|---|
| 3/27/2015 | 6161 |

MAR 3 0 2015

**Bill To**
Crawford County
21515 State Hwy. 27
Seneca, WI 54654

**Ship To**
21515 State Hwy. 27
Seneca, WI 54654

| P.O. Number | Terms | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|
| tODD | Net 30 | 3/27/2015 | MATTISON T… | | |

| Quantity | Item | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 | 500.02 | FLEX BEAM -25 FT. LENGTHS 3' 1.5" SPACING | 136.68 | 546.72 |
| 2 | 500.05 | FLEX BEAM - 12.5 FT. LENGTHS WITH A 3' 1.5" SPACING | 71.75 | 143.50 |
| 1 | 560.11 | SKT -350, panel, 25' | 203.25 | 203.25 |
| 1 | 650.03 | ET 2000 - end panel, 25' | 210.20 | 210.20 |
| 1 | 650.02 | ET 2000 Impact Head | 942.50 | 942.50 |
| 1 | 650.08 | ET 2000 -cable box | 63.00 | 63.00 |
| 1 | 650.88 | ET- CABLE ASSEMBLY | 87.75 | 87.75 |
| 1 | 560.03 | strut & yoke | 63.70 | 63.70 |
| 4 | 560.08 | SKT -& ET post, break-a-way, 5.5" x 7.5" x 48" | 24.85 | 99.40 |
| 1 | 652.01 | ET 2000 Reflective Sheeting | 31.00 | 31.00 |
| 1 | freight | freight | 78.00 | 78.00 |

Handwritten annotations:
- State — (next to qty 4, 500.02)
- State — (next to qty 2, 500.05)
- State — (next to qty 1, 560.11)
- 0077-05-00 (055) 922.33
- 587 (355) = 1546.69

packing slip #1471

Sales Tax (0.0%)  $0.00

**Total  $2,469.02**

HighwayConstructionProductsLLC.com

715-778-5813

# Highway Construction Products, LLC

DBE Certified
W935 Eau Galle Dam Rd
Spring Valley, WI 54767

# Invoice

| Date | Invoice # |
|---|---|
| 10/14/2015 | 6366 |

**Bill To**

Crawford County
21515 State Hwy. 27
Seneca, WI 54654

**Ship To**

21515 State Hwy. 27
Seneca, WI 54654

| P.O. Number | Terms | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|
| Todd | Net 30 | 10/14/2015 | | | |

| Quantity | Item | Description | Price Each | Amount |
|---|---|---|---|---|
| 2 | 560.15 | SKT - 350, impact head | 812.70 | 1,625.40 |
| 2 | 560.11 | SKT -350, panel, 25' | 203.35 | 406.70 |
| 2 | 560.12 | SKT - 350, REFLECTIVE SHEETING | 25.50 | 51.00 |
| 2 | 560.05 | SKT - cable assembly | 87.75 | 175.50 |
| 2 | 560.04 | SKT - cable box | 42.00 | 84.00 |
| 2 | 560.18 | Anchor Cable Box - hardware package | 43.87 | 87.74 |
| 8 | 560.08 | SKT & ET post, break-a-way, 5.5" x 7.5" x 48" | 24.85 | 198.80 |
| 1 | freight | freight | 127.00 | 127.00 |

*Handwritten notes:*
0077-00-05 (055) = 2704.04
13E16 (355) = 1 breakaway post = 26.05
13E17 (355) = 1 breakaway post = 26.05

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$2,756.14** |

OCT 1 9 2015

HighwayConstructionProductsLLC.com

715-778-5813