# EXHIBIT 43



# WESTERN
## CULVERT & SUPPLY INC.

W324 DELAFIELD ROAD
OCONOMOWOC, WI 53066
Phone 1-800-449-8666
Fax 262-569-8667
www.westernculvert.com

# INVOICE

Invoice Number: 034876
Invoice Date: Feb 10, 2009
Page: 1

**Bill To:**
GREEN LAKE CO.
570 SOUTH STREET
GREEN LAKE, WI 54941

**Ship to:**
SAME - THEIR YARD

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GREEN6 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | WCS | 2/9/09 | 3/12/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | ET-PLUS 25' SPECIAL PUNCHED GUARDRAIL — COUNTY | 299.00 | 299.00 |
| 1.00 | | ET-PLUS 5.5" X 7.5" X 45" TREATED POST WITH 1 HOLE — COUNTY | 34.40 | 34.40 |
| 1.00 | | 25' GUARDRAIL — STATE | 188.00 | 188.00 |
| 1.00 | | DELIVERY CHARGE — STATE 50% COUNTY 50% | 50.00 | 50.00 |

*Handwritten notes:*
STATE DELIVERY  25.00
25' RAIL  188.00
1 - 6x8 POST  32.20 (NON-INVEN)

| | |
|---|---|
| Subtotal | 571.40 |
| Sales Tax | |
| Total Invoice Amount | 571.40 |
| Payment/Credit Applied | |
| **TOTAL** | **571.40** |

We accept VISA and MASTERCARD. There is a 30% restocking charge on any returned items. 1.5% per month (18% annually) service charge will be added on all past due balances. Special order material is non-refundable.

THP-01202666