# EXHIBIT 44

Page No 1

# GREEN LAKE COUNTY

Invoice No: 4193
Date: 05-24-2010

Customer: 6807  RENO-SMERDA DAWN

DAWN RENO-SMERDA
36 E CAROLINE ST
MARKESAN    WI 53946

HIGHWAY DEPARTMENT

Job No: 333-156

| Qty | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 1 | Your vehicle was involved in an accident on CTH A and Scott Hill Road in the Town of Green Lake on 4/21/10. DOT Document # HT7BRTC. | 2,569.4000 | 2,569.40 |
| | Please forward this invoice reflecting the charges incurred to your automobile insurance carrier. In most cases payment for these services will be covered under the property damage liability. | | |
| | Payment is due and payable within 60 days of the invoice date. If payment is not received within the 60 day period, additional charges of $10 will be incurred for each month thereafter. | | |
| | Please call Green Lake County Highway Department at 920.294.4060 if you have any questions. | | |
| 2569.4 | Sales Tax @ 5.5% | .0550 | 141.32 |

Invoice Total: 2,710.72

Invoice Date: 05-24-2010
Invoice No: 4193
Total: 2,710.72
Amount Enclosed: _____

GREEN LAKE COUNTY
TREASURER
PO Box 3188
Green Lake    WI 54941
920.294.4060

DOT # HT7BRTC

```
RUN: 09:53:41  20 MAY 2010        GREEN LAKE COUNTY HIGHWAY DEPARTMENT        PROGRAM: JOB_INVOICE_LIST (S)
                                  FULL DETAIL STATEMENT OF EXPENDITURE          Page:    2
                                  JOB...: 333-156 GENERAL/ACCIDENT
YEAR: 2010  MONTH: 05             PERIOD: 04-18-10 THRU 05-15-10

                                                410
CHARGE SUMMARY          QUANTITY          TOTAL   BEAM GUAR
----------------------- --------          -----   ---------

TOTAL LABOR               15.00          607.05     607.05

TOTAL MACHINERY            3.00           96.55      96.55

TOTAL MATERIALS                         1766.03    1766.03
                                        --------   --------
TOTAL ALL ITEMS                         2469.63    2469.63

ADMIN/HANDLING@  4.04%                    99.77      99.77

                                        ********** *********
JOB GRAND TOTALS                        2569.40    2569.40
                                        ********** *********
```

```
**************************************************
*
*   Pay This Amount:        $2,569.40
*
**************************************************
Remit To:   GREEN LAKE COUNTY TREASURER
            492 HILL ST. PO BOX 3188
            GREEN LAKE, WI. 54941
```

```
                                                    410
EMPLOYEE LABOR           HOURS    RATE      TOTAL BEAM GUAR
-----------------------  ------   -------   ----------  ---------
04-29-10 JAHN, ROBERT A    2.00  19.4800      38.96       38.96
04-29-10 JENKINS, GARY     3.00  20.3600      61.08       61.08
04-29-10 KEIPE, KEVIN H    3.00  20.5000      61.50       61.50
04-29-10 SCHMECKPEPER,     3.00  19.4800      58.44       58.44
04-29-10 SEELIGER, JAME    2.00  20.3600      40.72       40.72
04-29-10 SHEAD, JERRY L    2.00  20.5000      41.00       41.00
                          ------            ----------  ---------
SUBTOT (15.00/.00)        15.00              301.70      301.70

FRINGE BENEFITS @101.21%                     305.35      305.35
                                            ----------  ---------
*** LABOR SUBTOTAL                           607.05      607.05
                                            ----------  ---------


                                                    410
EQUIPMNT CLASS    UNIT   QUANTITY   RATE     TOTAL BEAM GUAR
-----------------------  --------  --------  ----------  ---------
SMALL TOOLS                        2.1000%    12.75       12.75
04-29-10 PICKUP    010     1.00   13.6800     13.68       13.68
04-29-10 TRUCK,    029     2.00   35.0600     70.12       70.12
                          ------             ----------  ---------
*** EQUIPMENT SUBTOTAL     3.00               96.55       96.55


                                                    410
JOURNAL#   REFERENCE   QUANTITY    RATE      TOTAL BEAM GUAR
-----------------------  --------  --------  ----------  ---------
87816
  CTH A/INLET HILL GUA   1.00  1766.0300   1766.03    1766.03
  RDRAIL/ACCESSORIES
  GUARDRAIL
  37225
                                            ----------  ---------
*** JOURNAL SUBTOTAL                         1766.03     1766.03
```

# Wisconsin Motor Vehicle Accident Report

MV4000e 01/2005
PK2009

HT7BRTC

Page 1 of 3    333-156

| | | | DOT Document Number | Document Override Number |
|---|---|---|---|---|
| ☒ Reportable Accident | ☐ On Emergency | ☐ Amended | HT7BRTC | |
| Agency Accident Number | | Police Number 101109 | | |

POLICE # 101109
ACCIDENT #

## GENERAL INFORMATION

| 4 - Accident Date 04/21/2010 | 5 - Time of Accident (Military Time) 2052 | 6 - Total Units 01 | 7 - Total Injured 01 | 8 - Total Killed 00 |
|---|---|---|---|---|
| 2 - County GREEN LAKE - 24 | 3 - Municipality GREEN LAKE - 03, TOWN | | | 11 - Accident Location NON-INTERSECTION |

| 14 - On Hwy No. A | 14 - On Street Name | | 14 - Bus/Frnt/Rmp | 15 - Est. Dist 0.10 | Ft/Mi M | 15 - Hwy. Dir NORTH |
|---|---|---|---|---|---|---|
| 16 - Fr/At Hwy No. | 16 - From/At Street Name SCOTT HILL RD | | | 16 - Business/Frontage/Ramp | | |
| 17 - Structure Type | 17 - Structure Number | 12 - Latitude | | 13 - Longitude - | | |

| 80 - First Harmful Event GUARDRAIL END | 93 - Manner of Collision NO COLLISION WITH MOTOR VEHICLE IN TRANSPORT |
|---|---|

| 112 - Access Control NO CONTROL | 113 - Road Curvature STRAIGHT | 113 - Road Terrain HILL | Surface Type BLACKTOP (BITUMINOUS) - 2 |
|---|---|---|---|

115 - Traffic Way
NOT-PHYSICALLY-DIVIDED-(2-WAY TRAFFIC)

117 - Relation To Roadway
ON-ROADWAY

| 114 - Light Condition DARK-NOT-LIGHTED | 116 - Road Surface Condition DRY | 118 - Weather CLEAR |
|---|---|---|

| 9 ☐ Hit and Run | 9 ☒ Government Property | 9 ☐ Fire | 9 ☒ Photos Taken | 9 ☐ Trailer or Towed |
|---|---|---|---|---|
| 9 ☐ Truck, Bus, or Hazardous Materials | | 9 ☐ Load Spillage | 9 ☐ Construction Zone | 9 ☐ Names Exchanged |
| 101 ☐ Supplemental Reports | 102 ☐ Witness Statements | 103 ☐ Measurements Taken | 79 - E M S Number | |

## Operator/Pedestrian

OPERATOR/PEDESTRIAN 01

| Unit Status | | 81 - Most Harmful Event: Collision With GUARDRAIL END | 23 - Dir Of Travel NORTH | 24 - Speed Limit 55 |
|---|---|---|---|---|
| 36 - Operating as Classified D CLASS | 37 - Endorsements | 35 ☐ Operating Commercial Motor Vehicle | | |
| 29 - Driver's License Number R5251647262604 | | 30 - State WI | 31 - Expiration Year 2015 | 34 - On Duty Accident |
| 25 - Operator/Pedestrian Last Name RENO-SMERDA | | 25 - First Name DAWN | 25 - Middle Initial D | 25 - Suffix |
| 32 - Date Of Birth 04/06/1972 | 33 - Sex FEMALE | | | |
| 26 - Address Street & Number 36 E CAROLINE ST | | | | 26 - PO Box 67 |
| 27 - City MARKESAN | | 27 - State WI | 27 - Zip Code 539460000 | 28 - Telephone Number (920) 979-5179 EXT. |

| 39 - Seat Position FRONT-SEAT-LEFT-SIDE-(MC/BIKE DRIVER, TRAIN CONDUCTOR) | 40 - Safety Equipment SHOULDER-BELT-AND-LAP-BELT-USED | |
|---|---|---|
| 38 - Injury Severity B - NON-INCAPACITATING INJURY | 41 - Airbag NON-DEPLOYED | 42 - Ejected NOT-EJECTED | 44 ☐ Medical Transport |
| 43 - Trapped/Extricated NOT-TRAPPED | 92 - Pedestrian Location | 92 - Pedestrian Action | |
| 119 - What Driver Was Doing OTHER | 120 - Traffic Control NO-CONTROL | 62 - No. of Citations Issued 0 | |
| 64 - 1st Statute No. | 64 - 2nd Statute No. | 64 - 3rd Statute No. | 64 - 4th Statute No. | 64 - 5th Statute No. |

122 - Driver Factors
NOT-APPLICABLE

| 88 - Driver or Pedestrian Cond APPEARED NORMAL | 89 - Substance Presence NEITHER-ALCOHOL-NOR-DRUGS-PRESENT |
|---|---|
| 90 - Alcohol Test TEST NOT GIVEN | 90 - Alcohol Content | 91 - Drug Test TEST-NOT-GIVEN |

| 91 - Drugs Reported |
|---|
|  |

| 124 - Highway Factors |
|---|
| NOT-APPLICABLE |

## Vehicle

**VEHICLE 01**

| 21 - Unit Type | Vehicle Type | 22 - Total Occupants |
|---|---|---|
| AUTOMOBILE | PASSENGER-CAR | 1 |

| 56 - License Plate Number | 57 - Plate Type | 58 - State | 59 - Exp Year | 55 - Vehicle Identification Number |
|---|---|---|---|---|
| 778NHD | AUT | WI | 2010 | 4T3ZF13C41U332182 |

| 50 - Year | 51 - Make | 52 - Model | 53 - Body Style | 54 - Color | 100 - Skidmarks to Impact (Ft) |
|---|---|---|---|---|---|
| 2001 | TOYT | SIENN | VN | SIL | |

| 94 - Vehicle Damage |
|---|
| FRONT, FRONT PASSENGER SIDE |

| 95 - Extent Of Damage | 96 Vehicle Towed Due To Damage | 97 - Vehicle Removed By |
|---|---|---|
| MODERATE | ☐ | OPERATOR |

| 123 - Vehicle Factors |
|---|
| NOT-APPLICABLE |

## Vehicle Owner

**VEH OWNER 01**

45 ☒ Vehicle Owner Same As Operator

| 46 - Vehicle Owner Last Name | 46 - First Name | 46 - Middle Initial | 46 - Suffix | Date Of Birth |
|---|---|---|---|---|
| RENO-SMERDA | DAWN | D | | 04/06/1972 |

| 46 - Company Name |
|---|
|  |

| 47- Address Street & Number | 47 - PO Box |
|---|---|
| 36 E CAROLINE ST | 67 |

| 48 - City | 48 - State | 48 - Zip Code | 49 - Telephone Number |
|---|---|---|---|
| MARKESAN | WI | 539460000 | (920) 979-5179 EXT. |

## Insurance

**INS 01**

| 63 - Liability Insurance Company | 60 ☒ Policy Holder Same As Owner |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD. | |

| 61 - Policy Holder Last Name | 61 - Policy Holder First Name |
|---|---|
| RENO-SMERDA | DAWN |

| 61 - Policy Holder Company |
|---|
|  |

## School Bus

**BUS 01**

| Bus Travelling to/from | School Name | Body Make | Seating Capacity |
|---|---|---|---|
| ○ To  ○ From | | | |

| School District Contracted With |
|---|
|  |

## Property

| Organization Type | 84 - Property Owner Last Name | 84 - First Name | 84 - Middle Initial | 84 - Suffix |
|---|---|---|---|---|
| GOVERNMENT | | | | |

## Property Owner 01

| 84 - Company Name | | | | Government Property Type |
|---|---|---|---|---|
| HIGHWAY | | | | COUNTY/MUNICIPAL |

| 85 - Address Street & Number | | | 85 - PO Box | |
|---|---|---|---|---|
| SOUTH STREET | | | | |

| 86 - City | 86 - State | 86 - Zip Code | 87 - Telephone Number |
|---|---|---|---|
| GREEN LAKE | WI | 54941 | |

| 83 - Government Damage Tag Number |
|---|
| 1 |

### Fixed Objects Struck

| 82 - Striking Unit | 82 - Object Struck | 82 - Striking Unit | 82 - Object Struck |
|---|---|---|---|
| 1 | GUARDRAIL-END | | |
| 82 - Striking Unit | 82 - Object Struck | 82 - Striking Unit | 82 - Object Struck |
| | | | |
| 82 - Striking Unit | 82 - Object Struck | 82 - Striking Unit | 82 - Object Struck |
| | | | |

## Diagram and Narrative

105 - PHOTOS BY
DEPUTY JASON H. PREUSS, #61



CTH A

Not to Scale

UNIT #1 WAS N/B ON CTH A WHEN SUBJECT SWERVED TO MISS A DEER, AND STRUCK A GUARDRAIL ON THE EASTSIDE OF THE ROAD.

## Officer Information

| 125 - Officer Last Name | 125 - First Name | 125 - Middle Initial | 131 - Officer ID |
|---|---|---|---|
| PREUSS | JASON | | 61 |

| 129 - Law Enforcement Agency No. | 130 - Law Enforcement Agency Name |
|---|---|
| 2400 | GREEN LAKE COUNTY SHERIFF |

| 126 - Law Enforcement Agency Address Street & Number |
|---|
| 486 HILL STREET |

| 127 - City | 127 - State | 127 - Zip Code | 128 - Telephone Number |
|---|---|---|---|
| GREEN LAKE | WI | 54941 | (920) 294-4000 EXT. |

| 132 - Date Notified | 133 - Time Notified (Military Time) | 134 - Time Arrived (Military Time) | 135 - Date Of Report |
|---|---|---|---|
| 04/21/2010 | 2052 | 2100 | 04/21/2010 |

| Agency Accident Number | Police Number | 19 - Special Study |
|---|---|---|
| | 101109 | |

| 18 - Agency Space |
|---|
| |



# WESTERN
## CULVERT & SUPPLY INC.

W324 DELAFIELD ROAD
OCONOMOWOC, WI 53066
Phone 1-800-449-8666
Fax 262-569-8667
www.westernculvert.com

# INVOICE

Invoice Number: 037225
Invoice Date: Apr 29, 2010
Page: 1

**Bill To:**
GREEN LAKE CO.
570 SOUTH STREET
GREEN LAKE, WI 54941

**Ship to:** SAME

*(handwritten: (333-156) A Unter Hill Accident 16108)*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GREEN6 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | WCS | 4/27/10 | 5/29/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | SKT-350 EXTRUDER HEAD | 1,055.00 | 1,055.00 |
| 1.00 | | SKT-350 EXTRUDER HEAD REFLECTOR | 30.00 | 30.00 |
| 1.00 | | SKT-350 12.5' RAIL-SPECIAL PUNCHED | 284.00 | 284.00 |
| 4.00 | | SKT-350 5.5" X 7.5" X 45' TREATED POST W/1 HOLE | 21.50 | 86.00 |
| 1.00 | | 12.5' GUARDRAIL | 94.00 | 94.00 |
| 8.00 | | 5/8" X 1.25" SPLICE BOLTS W/NUTS | 0.81 | 6.48 |
| 1.00 | | DELIVERY CHARGE | 50.00 | 50.00 |

| | | |
|---|---|---|
| | Subtotal | 1,605.48 |
| | Sales Tax | |
| | Total Invoice Amount | 1,605.48 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | 1,605.48 |

We accept VISA and MASTERCARD. There is a 30% restocking charge on any
returned items.