**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

LA CROSSE COUNTY, Individually And On
Behalf of All Others Similarly Situated,

    *Plaintiff*,

v.

TRINITY INDUSTRIES, INC. and TRINITY
HIGHWAY PRODUCTS, LLC,

    *Defendant*s.

Case No. 3:15-cv-00117-jdp

**STIPULATION OF DISMISSAL – NO PAYMENT BY DEFENDANTS**

Pursuant to the provisions of Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., Plaintiff La Crosse County and Defendants Trinity Industries, Inc. and Trinity Highway Products, LLC, by and through their undersigned counsel, hereby stipulate as follows:

1.    All claims that were or could have been asserted by Plaintiff La Crosse County in this action are dismissed with prejudice, and without payment by Defendants of any money in connection therewith.

2.    Each party shall bear its own attorneys' fees and costs.

Dated July 18, 2016

| | |
|---|---|
| /s/ *Daniel E. Gustafson* | /s/ *Beth J. Kushner* |
| Daniel E. Gustafson | Beth J. Kushner, SBN 1008591 |
| Jason S. Kilene | Kelly J. Noyes, SBN 1064809 |
| Sara J. Payne | VON BRIESEN & ROPER, S.C. |
| **GUSTAFSON GLUEK PLLC** | 411 East Wisconsin Avenue, Suite 1000 |
| Canadian Pacific Plaza | Milwaukee, WI 53202 |
| 120 South Sixth Street, Suite 2600 | Phone: (414) 287-1373 (Kushner Direct) |
| Minneapolis, MN 55402 | Phone: (414) 287-1522 (Noyes Direct) |
| Telephone (612) 333-8844 | Fax: (414) 276-6281 |
| Facsimile: (612) 339-6622 | bkushner@vonbriesen.com |
| dgustafson@gustafsongluek.com | knoyes@vonbriesen.com |
| jkilene@gustafsongluek.com | |
| spayne@gustafsongluek.com | |

| | |
|---|---|
| Aaron N. Halstead<br>**HAWKS QUINDEL, S.C.**<br>222 W. Washington Ave., Suite 450<br>P.O. Box 2155<br>Madison, WI 53701<br>Telephone: (608) 257-0040<br>Facsimile: (608) 256-0236<br>ahalstead@hq-law.com<br><br>Simon B. Paris<br>Charles J. Kocher<br>Patrick Howard<br>**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**<br>1650 Market Street, 52nd Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 496-8282<br>Facsimile: (215) 496-0999<br>sparis@smbb.com<br>phoward@smbb.com<br>ckocher@smbb.com<br><br>**Attorneys for Plaintiff** | Brian E. Robison (pro hac vice)<br>Kyle Hawkins (pro hac vice)<br>Andrew LeGrand<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, Texas 75201<br>Phone: (214) 698-3100<br>Fax: (214) 571-2934<br>brobison@gibsondunn.com<br>khawkins@gibsondunn.com<br>alegrand@gibsondunn.com<br><br>Michelle A. Reed (pro hac vice)<br>Elizabeth D. Scott (pro hac vice)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201<br>Phone: (214) 969-2713<br>Fax: (214)969-4343<br>mreed@akingump.com<br>edscott@akingump.com<br><br>Carolyn Mattus Cornell (pro hac vice)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036<br>cmcornell@akingump.com<br><br>**Attorneys for Defendants** |

26918713_1.DOCX